# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | |
|---|---|
| **JOSHUA U. GARDNER,** ) | |
| ) | |
| Plaintiff, ) | Case No. 2:22CV00008 |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| **KILOLO KIJAKAZI,** ) | JUDGE JAMES P. JONES |
| **ACTING COMMISSIONER** ) | |
| **OF SOCIAL SECURITY,** ) | |
| ) | |
| Defendant. ) | |

Summary judgment having been granted, it is **ORDERED AND ADJUDGED** that the final decision of the Commissioner of Social Security denying benefits is AFFIRMED.

The Clerk shall close the case.

ENTER: July 20, 2023

/s/ JAMES P. JONES
Senior United States District Judge